UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT BOWLING GREEN

**FILED**

JAMES J. VILT, JR. - CLERK

MAR 1 1 2026

U.S. DISTRICT COURT
WEST'N. DIST. KENTUCKY

UNITED STATES OF AMERICA

INDICTMENT

v.

NO. _1:26-cr-22-GNS_

**TAURUS J. HOLLINS**

18 U.S.C. § 922(g)(1)
18 U.S.C. § 924(a)(8)
18 U.S.C. § 924(d)
18 U.S.C. § 933(a)(1)
18 U.S.C. § 933(b)
18 U.S.C. § 934
21 U.S.C. § 841(a)(1)
21 U.S.C. § 841(b)(1)(C)
21 U.S.C. § 851
21 U.S.C. § 853
28 U.S.C. § 2461

The Grand Jury charges:

### COUNT 1
*(Distribution of Cocaine)*

On or about January 12, 2026, in the Western District of Kentucky, Logan County, Kentucky, **TAURUS J. HOLLINS**, the defendant herein, knowingly and intentionally distributed a mixture and substance containing a detectable amount of cocaine, a Schedule II controlled substance, as defined in Title 21, United States Code, Section 812.

In violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C).

The Grand Jury further charges:

### COUNT 2
*(Distribution of Cocaine)*

On or about January 14, 2026, in the Western District of Kentucky, Logan County, Kentucky, **TAURUS J. HOLLINS**, the defendant herein, knowingly and intentionally distributed

a mixture and substance containing a detectable amount of cocaine, a Schedule II controlled substance, as defined in Title 21, United States Code, Section 812.

In violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C).

The Grand Jury further charges:

<u>COUNT 3</u>
(*Distribution of Cocaine*)

On or about January 28, 2026, in the Western District of Kentucky, Logan County, Kentucky, **TAURUS J. HOLLINS**, the defendant herein, knowingly and intentionally distributed a mixture and substance containing a detectable amount of cocaine, a Schedule II controlled substance, as defined in Title 21, United States Code, Section 812.

In violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C).

<u>INFORMATION OF PRIOR CONVICTION</u>

At the time of the offenses charged in Counts 1, 2, and 3 in this Indictment, **TAURUS J. HOLLINS**, the defendant herein, had been convicted of one or more serious drug felony offenses, as defined in Title 21, United States Code, Section 802(58), and is therefore subject to increased punishment, specifically:

On or about May 22, 2008, **TAURUS J. HOLLINS**, was convicted of the offense of Possession with Intent to Distribute Cocaine Base and Aiding and Abetting, in the United States District Court, Western District of Kentucky, Case Number 1:07-CR-00026-001-M, and served a term of imprisonment of more than 12 months, and was released from any term of imprisonment within 15 years of the commencement of the offenses herein.

Pursuant to Title 21, United States Code, Sections 841(a)(1), 841(b)(1)(C), and 851.

The Grand Jury further charges:

## COUNT 4
### (*Possession of a Firearm by a Prohibited Person*)

On or about January 28, 2026, in the Western District of Kentucky, Logan County, Kentucky, **TAURUS J. HOLLINS**, the defendant herein, knowingly possessed a firearm, in and affecting commerce, that is a Ruger, model LCP MAX, .380 caliber semiautomatic pistol, bearing serial number 381470590, with knowledge that he had previously been convicted in a court of a crime punishable by imprisonment for a term exceeding one year, to wit:

> On or about May 22, 2008, in the United States District Court, Western District of Kentucky, Case Number 1:07-CR-00026-001-M, **TAURUS J. HOLLINS**, was convicted of the offense of Possession with Intent to Distribute Cocaine Base and Aiding and Abetting, a felony.

In violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(8).

The Grand Jury further charges:

## COUNT 5
### (*Firearms Trafficking*)

On or about January 28, 2026, in the Western District of Kentucky, Logan County, Kentucky, **TAURUS J. HOLLINS**, the defendant herein, sold a firearm, that is a Ruger, model LCP MAX, .380 caliber semiautomatic pistol, bearing serial number 381470590, to another person in or otherwise affecting commerce, knowing or having reasonable cause to believe that the use, carrying, or possession of the firearm by the other person would constitute a felony.

In violation of Title 18, United States Code, Sections 933(a)(1) and 933(b).

## NOTICE OF FORFEITURE

As a result of committing offenses in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C), as specifically charged in Counts 1-3 of this Indictment, felonies

punishable by imprisonment for more than one year, **TAURUS J. HOLLINS**, the defendant herein, shall forfeit to the United States, pursuant to Title 21, United States Code, Section 853, any and all property constituting, or derived from, proceeds the defendant obtained directly or indirectly, as a result of the offenses, and any and all of the defendant's property used, or intended to be used, in any manner or part, to commit or to facilitate the commission of the violations alleged in this Indictment, and any other property traceable thereto, including but not limited to the firearm and ammunition listed below.

As a result of committing offenses in violation of Title 18, United States Code, Sections 922(g)(1), 924(a)(8), 933(a)(1), and 933(b), as alleged in Counts 4-5 of this Indictment, felonies punishable by imprisonment for more than one year, **TAURUS J. HOLLINS**, the defendant herein, shall forfeit to the United States, pursuant to Title 18, United States Code, Sections 924(d), 934, and Title 28, United States Code, Section 2461, all proceeds from violations of Title 18, United States Code, Section 933, and firearms and ammunition involved in the commission of the offenses including, but not limited to, a Ruger, model LCP MAX, .380 caliber semiautomatic pistol, bearing serial number 381470590.

A TRUE BILL.

REDACTED

FOREPERSON

KYLE G. BUMGARNER
UNITED STATES ATTORNEY

KGB:MJY:3/11/26

4

UNITED STATES OF AMERICA v. **TAURUS J. HOLLINS**

## PENALTIES

Counts 1-3:    NM 20 yrs./$1,000,000/both/NL 3 yrs./NM life Supervised Release (each count)
(NM 30 yrs./$2,000,000/both/NL 6 yrs./NM life Supervised Release (with notice of one prior qualifying conviction) (each count))

Counts 4-5:    NM 15 yrs./$250,000/both/NM 3 yrs. Supervised Release

Forfeiture

## NOTICE

**ANY PERSON CONVICTED OF AN OFFENSE AGAINST THE UNITED STATES SHALL BE SUBJECT TO SPECIAL ASSESSMENTS, FINES, RESTITUTION & COSTS.**

SPECIAL ASSESSMENTS

18 U.S.C. § 3013 requires that a special assessment shall be imposed for each count of a conviction of offenses committed after November 11, 1984, as follows:

| Misdemeanor: | $ 25 per count/individual | Felony: | $100 per count/individual |
|---|---|---|---|
| | $125 per count/other | | $400 per count/other |

FINES

In addition to any of the above assessments, you may also be sentenced to pay a fine. Such fine is due _immediately_ unless the court issues an order requiring payment by a date certain or sets out an installment schedule. You shall provide the United States Attorney's Office with a current mailing address for the entire period that any part of the fine remains unpaid, or you may be held in contempt of court. 18 U.S.C. § 3571, 3572, 3611, 3612

**Failure to pay fine as ordered may subject you to the following**:

1.    **INTEREST** and **PENALTIES** as applicable by law according to last date of offense.

For offenses occurring after December 12, 1987:

No **INTEREST** will accrue on fines under $2,500.00.

**INTEREST** will accrue according to the Federal Civil Post-Judgment Interest Rate in effect at the time of sentencing. This rate changes monthly. Interest accrues from the first business day following the two-week period after the date a fine is imposed.

**PENALTIES** of:

10% of fine balance if payment more than 30 days late.

15% of fine balance if payment more than 90 days late.

2.    Recordation of a **LIEN** shall have the same force and effect as a tax lien.

3.    Continuous **GARNISHMENT** may apply until your fine is paid.

18 U.S.C. §§ 3612, 3613

If you **WILLFULLY** refuse to pay your fine, you shall be subject to an **ADDITIONAL FINE** of not more than the greater of $10,000 or twice the unpaid balance of the fine; or **IMPRISONMENT** for not more than 1 year or both. 18 U.S.C. § 3615

RESTITUTION

If you are convicted of an offense under Title 18, U.S.C., or under certain air piracy offenses, you may also be ordered to make restitution to any victim of the offense, in addition to, or in lieu of any other penalty authorized by law.  18 U.S.C. § 3663

APPEAL

If you appeal your conviction and the sentence to pay your fine is stayed pending appeal, the court shall require:

    1.    That you deposit the entire fine amount (or the amount due under an installment schedule during the time of your appeal) in an escrow account with the U.S. District Court Clerk, or

    2.    Give bond for payment thereof.

18 U.S.C. § 3572(g)

PAYMENTS

If you are ordered to make payments to the U.S. District Court Clerk's Office, certified checks or money orders should be made payable to the Clerk, U.S. District Court and delivered to the appropriate division office listed below:

LOUISVILLE:
Clerk, U.S. District Court
106 Gene Snyder U.S. Courthouse
601 West Broadway
Louisville, KY  40202
502/625-3500

BOWLING GREEN:
Clerk, U.S. District Court
120 Federal Building
241 East Main Street
Bowling Green, KY  42101
270/393-2500

OWENSBORO:
Clerk, U.S. District Court
126 Federal Building
423 Frederica
Owensboro, KY  42301
270/689-4400

PADUCAH:
Clerk, U.S. District Court
127 Federal Building
501 Broadway
Paducah, KY  42001
270/415-6400

If the court finds that you have the present ability to pay, an order may direct imprisonment until payment is made.